Case 1:23-cr-00252-NRB   Document 9   Filed 03/25/26   Page 1 of 1

March 25, 2026

BY ECF and EMAIL

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *United States v. Pablo Enriquez*
             Case No. 23 Cr. 252 (NRB)

Dear Judge Buchwald:

*ENDORSEMENT*

*U.S. Probation may return Pablo Enriquez' passport to him. So Ordered.*

*Naomi Reice Buchwald, USDJ*

*March 26, 2026*

     Ross & Asmar LLC represents defendant Pablo Enriquez in the above-referenced matter. Mr. Enriquez was sentenced on December 18, 2025.

     I submit this letter motion to request the return of Mr. Enriquez's passport. Mr. Enriquez's passport was surrendered to US Probation shortly after his arraignment.

     While he does not have any travel planned outside of the US, US Probation has advised that if the Court does not order the return of the passport, it will be returned to the Department of State of ICE. Mr. Enriquez will not travel without the permission of US Probation or the Court. I had made this request previously by email to the Court on January 28, 2026 but did not file via ECF.

     I have spoken with AUSA Patrick Maroney who consents to this request. This case remains under seal.

                              Respectfully,

                              Steven B. Ross, Esq.
                              Ross & Asmar LLC

cc: AUSA Moroney